## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| MY HEALTH, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>ALR TECHNOLOGIES, INC.,<br><br>                  Defendant. | Lead Case No. 2:16-cv-00535-RWS-RSP |

## AGREED MOTION FOR ENTRY OF DOCKET CONTROL ORDER

COMES NOW Plaintiff My Health, Inc.  ("Plaintiff") and notifies the Court that pursuant to the Court's December 19, 2016 Scheduling Conference, Plaintiff and all consolidated Defendants have met and conferred and agree upon the attached proposed Docket Control Order.

Respectfully Submitted,

Dated:  January 9, 2017

By: /s/ Joseph G. Pia
Joseph G. Pia
State Bar No. 24093854
joe.pia@pa-law.com
Robert E. Aycock*
raycock@pa-law.com
Chrystal Mancuso-Smith*
cmancuso@pa-law.com
Pia Anderson Moss Hoyt
136 E. South Temple, 19th Floor
Salt Lake City, Utah  84111
Phone: (801) 350-9000
Fax: (801) 350-9010
* Admitted in this District

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 9, 2017. Any other counsel of record will be served by First Class U.S. mail on this same date.

/s/ Joseph G. Pia_____