# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **MY HEALTH, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **ALR TECHNOLOGIES, INC.,** | § | **CIVIL ACTION NO.  2:16-CV-00535-RWS** |
| | § | **(LEAD CASE)** |
| **Defendant.** | § | |
| | § | |
| **INTOUCH TECHNOLOGIES, INC.** | § | **CIVIL ACTION NO. 2:16-CV-00536-RWS** |
| | § | |
| **Defendant.** | § | |
| | § | |
| **DEVILBISS HEALTHCHARE, LLC** | § | **CIVIL ACTION NO. 2:16-CV-00544-RWS** |
| | § | |
| **Defendant.** | § | |
| | § | |
| **MYNETDIARY, INC.** | § | **CIVIL ACTION NO. 2:16-CV-00866-RWS** |
| | § | |
| **Defendant.** | § | |
| | § | |
| **MCKESSON TECHNOLOGIES INC.** | § | **CIVIL ACTION NO. 2:16-CV-00881-RWS** |
| | § | |
| **Defendant.** | § | |

## <u>FINAL JUDGMENT</u>

The Court has granted the Motions to Dismiss in each of the above-styled and numbered cases and therefore enters final judgment in this consolidated action.  It is hereby

**ORDERED, ADJUDGED and DECREED** that My Health, Inc.'s complaints against ALR Technologies, Inc., InTouch Technologies, Inc., DeVilbiss Healthcare, LLC, MyNetDiary, Inc. and McKesson Technologies Inc. are **DISMISSED WITH PREJUDICE**.

Each party is to bear its own costs.  The Clerk of the Court is directed to close the cases.

**SIGNED this 27th day of March, 2017.**

*Robert W Schroeder III*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE