IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MY HEALTH, INC., | § | |
| Plaintiff, | § § § | |
| v. | § § | |
| ALR TECHNOLOGIES, INC., | § § | CIVIL ACTION NO. 2:16-CV-00535-RWS (LEAD CASE) |
| Defendant. | § § | |
| INTOUCH TECHNOLOGIES, INC. | § § | CIVIL ACTION NO. 2:16-CV-00536-RWS |
| Defendant. | § § | |
| DEVILBISS HEALTHCHARE, LLC | § § | CIVIL ACTION NO. 2:16-CV-00544-RWS |
| Defendant. | § § | |
| MYNETDIARY, INC. | § § | CIVIL ACTION NO. 2:16-CV-00866-RWS |
| Defendant. | § § | |
| MCKESSON TECHNOLOGIES INC. | § § | CIVIL ACTION NO. 2:16-CV-00881-RWS |
| Defendant. | § § | |

## FINAL JUDGMENT

The Court has granted the Motions to Dismiss in each of the above-styled and numbered cases and therefore enters final judgment in this consolidated action. It is hereby

**ORDERED, ADJUDGED and DECREED** that My Health, Inc.'s complaints against ALR Technologies, Inc., InTouch Technologies, Inc., DeVilbiss Healthcare, LLC, MyNetDiary, Inc. and McKesson Technologies Inc. are **DISMISSED WITH PREJUDICE**.

Each party is to bear its own costs.  The Clerk of the Court is directed to close the cases.
**SIGNED this 27th day of March, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE