FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

Form 1
Rev. 03/16

# United States District Court

## for the

Eastern **District of** Texas

My Health, Inc. , Plaintiff,

v. Lead Case No. 2:16-cv-00535-RSW-RSP

ALR Technologies, Inc. , Defendant.

## NOTICE OF APPEAL

Notice is hereby given that My Health, Inc. (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Order adopting Reports and Recommendations of U.S. Magistrate Judge and Granting Motions to Dismiss under 35 U.S.C Section 101 entered in this action on 3/27/2017

/s/ Joseph G. Pia

(Signature of appellant or attorney)

Joseph G. Pia

136 E. South Temple, Suite 1900

Salt Lake City, Utah 84111

joe.pia@pa-law.com

(Address of appellant or attorney and e-mail address)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.