IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MY HEALTH, INC., | § | |
| | § | |
| v. | § | Case No. 2:16-CV-00535-RWS-RSP |
| | § | |
| ALR TECHNOLOGIES, INC. | § | |

## ORDER

Before the Court is Defendants' Motion to Declare Cases Exceptional and for Attorneys' Fees (Dkt. No. 81). The Court will hear argument on the motion on Monday, June 19, 2017 at 2:00 p.m. DeVilbiss Healthcare's Motion for Leave to Join Motion to Declare Cases Exceptional (Dkt. No. 82) is **GRANTED**. My Health's Motion to Stay Pending Appeal (Dkt. No. 89) is **DENIED**.

**SIGNED this 22nd day of May, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE