**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MY HEALTH, INC., | § § | |
| *Plaintiff*, | § § | Case No. 2:16-cv-00535-RWS-RSP (Lead) |
| v. | § § § | |
| ALR TECHNOLOGIES, INC., | § § | |
| *Defendant*. | § § | |

**ORDER**

ALR Technologies, Inc., InTouch Technologies, Inc., McKesson Technologies, Inc., and MyNetDiary, Inc. move for order requiring My Health to show cause as to why it should not be held in contempt of court for not paying defendants' attorneys' fees, as the court previously ordered. *See* Dkt. No. 137. The court previously scheduled argument on the motion. After having reviewed the motion and My Health's response, and considering that the court's order awarding attorneys' fees has been appealed to the Federal Circuit, the more prudent course of action is to revisit defendants' request if and when the Federal Circuit affirms the award.

Accordingly, it is ordered:

(1) Defendants' motion for a show cause order, Dkt. No. 137, is deferred pending appeal.

(2) The hearing scheduled on March 27, 2018, is cancelled.

**SIGNED this 22nd day of March, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE