# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MY HEALTH, INC., | § § | |
| *Plaintiff*, | § § | Case No. 2:16-cv-00535-RWS-RSP (Lead) |
| v. | § § § | |
| ALR TECHNOLOGIES, INC., | § § | |
| *Defendant*. | § | |

## ORDER

In light of the pending appeal in this matter, defendants' motion for reconsideration of the order deferring the motion related to My Health's refusal to pay attorney's fees owed, ECF No. 150, is denied. Any violation of the court's order will be addressed when the appeal is concluded.

**SIGNED this 17th day of May, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE