# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **MY HEALTH, INC.**<br><br>v.<br><br>**ALR TECHNOLOGIES, INC.** | **CASE NO. 2:16-cv-00535 (LEAD)** |

**DEFENDANTS' NOTICE OF MY HEALTH'S FAILURE TO OBJECT TO ATTORNEYS' FEES DECISION (DKT. NO. 131)**

Defendants hereby file this notice regarding My Health's failure to object to the Court's attorneys' fees decision at Dkt. No. 131. The letter attached hereto provides further detail regarding the basis for this notice.

Dated: July 11, 2018

Respectfully submitted,

By: /s/ *Wasif H. Qureshi*
Wasif H. Qureshi
Texas State Bar No. 24048155
wqureshi@jw.com
Blake T. Dietrich
Texas State Bar No. 24087420
bdietrich@jw.com
**JACKSON WALKER LLP**
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: 713-752-4521

**COUNSEL FOR DEFENDANTS ALR TECHNOLOGIES, INC., INTOUCH TECHNOLOGIES, INC., MYNETDIARY, INC., AND MCKESSON TECHNOLOGIES INC.**

"J" Jackson Shrum
jshrum@austriashrum.com
**AUSTRIA SHRUM, LLC**
1201 North Orange Street, Suite 502
Wilmington, DE 19801
Telephone: 302-543-7551

**COUNSEL FOR DEFENDANT MYNETDIARY, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 11, 2018 the foregoing document and accompanying papers were served on all counsel of record via the Court's electronic filing system.

/s/  *Wasif H. Qureshi*
Wasif H. Qureshi