# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

18-1455

**MY HEALTH, INC.,**
*Plaintiff - Appellant*

v.

**ALR TECHNOLOGIES, INC., INTOUCH TECHNOLOGIES, INC., MYNETDIARY, INC., MCKESSON TECHNOLOGIES INC.,**
*Defendants - Appellees*

**DEVILBISS HEALTHCARE, LLC,**
*Defendant*

Appeal from the United States District Court for the Eastern District of Texas in case nos. 2:16-cv-00535-RWS-RSP, 2:16-cv-00536-RWS-RSP, 2:16-cv-00866-RWS-RSP, 2:16-cv-00881-RWS-RSP United States District Judge Robert Schroeder, III

## MANDATE

In accordance with the judgment of this Court, entered June 13, 2018, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court