# EXHIBIT A

## Qureshi, Wasif

| | |
|---|---|
| **From:** | Joseph Pia <Joe.Pia@pamhlaw.com> |
| **Sent:** | Tuesday, December 18, 2018 4:25 PM |
| **To:** | Qureshi, Wasif; Robert Aycock; William Chadwick |
| **Subject:** | Fwd: Meet and Confer re Motion to Withdraw as Counsel |

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Wasif:

We understand that you will not agree to meet and confer with our associate because he is not counsel of record. Please provide your availability for a meet and confer Thursday or Friday. We intend to have multiple attorneys on the line as well as a court reporter because of misrepresentations you have made about our conversations in the past.

Joe

**PIA ANDERSON MOSS HOYT**
UT: 136 E. South Temple,
19th Floor, SLC 84111
TX: 904 Meadow Ln
Southlake 76051
P. (801) 350-9014 (Asst.)
P. (801) 350-9000 (Main)
F. (801) 350-9010
www.pa-law.com

---

**From:** Qureshi, Wasif <wqureshi@jw.com>
**Sent:** Tuesday, December 18, 2018 3:04 PM
**To:** William Chadwick <WChadwick@pamhlaw.com>
**Cc:** Dietrich, Blake <bdietrich@jw.com>; Qureshi, Wasif <wqureshi@jw.com>
**Subject:** RE: Meet and Confer re Motion to Withdraw as Counsel

Hi Will –

You're not counsel of record, so I don't believe a conference between you and me would satisfy the local rule. The local rules are designed to make sure a meet-and-confer is by counsel of record who is knowledgeable about and can so speak to the facts forming the basis for the sought motion.

Regards,

## Wasif Qureshi | Partner



---

**From:** William Chadwick <WChadwick@pamhlaw.com>
**Sent:** Tuesday, December 18, 2018 3:07 PM
**To:** Qureshi, Wasif <wqureshi@jw.com>
**Subject:** Meet and Confer re Motion to Withdraw as Counsel

1

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Wasif,

I'd like to call to discuss the motion to withdraw as counsel that we'd like to file this afternoon. Please let me know when we can talk. Thank you.

-Will Chadwick

**PIA ANDERSON**
**MOSS HOYT**
UT: 136 E. South Temple,
19th Floor, SLC 84111
TX: 904 Meadow Ln
Southlake 76051
P: (801) 350-9014 (Asst.)
P: (801) 350-9000 (Main)
F: (801) 350-9010
www.pamhlaw.com