**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MY HEALTH, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| § | |
| v. § | CASE NO. 2:16-CV-00535-RWS-RSP |
| § | |
| § | |
| **ALR TECHNOLOGIES, INC., et. al.,** § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is non-party Michael Eiffert's unopposed motion to extend the deadline to response to Defendants' motion for joinder and motion for order to show cause. [Dkt. No. 184]. Eiffert's motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that Eiffert's response to Defendants' Motion for Joinder [Dkt. No. 182] and Motion for Order to Show Cause [Dkt. No. 183] shall be filed by **February 21, 2019**.

**SIGNED this 28th day of January, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE