IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MY HEALTH, INC., | § § § | |
| Plaintiff, | § § § | CASE NO. 2:16-CV-00535 (LEAD CASE) |
| v. | § § § | |
| ALR TECHNOLOGIES, INC., et. al., | § § | |
| Defendants. | § | |

**UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITATION**

Non-Party Michael Eiffert ("Dr. Eiffert"), requests an extension of the 15-page limit for non-dispositive motions provided by Local Rule 7(a)(2) with respect to his response to Defendants' Motion to Joinder, Docket 182, and in support respectfully shows the Court as follows.

The deadline for Dr. Eiffert's Response to Defendant's Motion for Joinder (the "Response") is February 21, 2019. To the extent Defendants' Motion for Show Cause Order, Docket 183, also seeks relief against Dr. Eiffert, individually, the Response will also address the Motion for Show Cause Order. Because the procedural history underlying the issues in both pending Motions is somewhat lengthy, and the issues addressed by the Response are complex and fact-specific, Dr. Eiffert anticipates that the Response will exceed 15 pages.

Accordingly, Dr. Eiffert requests permission for the Response to include not more than 25 pages, excluding attachments.

Defendants do not oppose this Motion.

WHEREFORE, PREMISES CONSIDERED, Dr. Eiffert requests permission to file a Response to Defendant's Motion for Joinder which consists of not more than 25 pages, excluding attachments, and seeks such other and further relief to which he may show himself entitled.

Date:  February 19, 2019.

                                      Respectfully submitted,

By: */s/ Charlene C. Koonce*
    Charlene C. Koonce
    Texas State Bar No. 11672850
    charlene.koonce@solidcounsel.com
    Brandi J. McKay
    State Bar No. 24075380
    brandi.mckay@solidcounsel.com
    SCHEEF & STONE, L.L.P.
    2600 Network Blvd., Suite 400
    Frisco, Texas 75034
    Phone: (214) 472-2100
    Fax: (214) 472-2150

ATTORNEYS FOR NON-PARTY
MICHAEL EIFFERT

## CERTIFICATE OF CONFERENCE

On February 18, 2019, pursuant to Local Rule 7(h), counsel for Plaintiff conferred with counsel for Defendants regarding the relief requested above.  Counsel does not oppose Dr. Eiffert's request, in exchange for Dr. Eiffert's agreement to not oppose a request from Defendants for an extension of the page limitation for their Reply, should such an extension be necessary.

                                      */s/Charlene Koonce*
                                      CHARLENE C. KOONCE

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on February 19, 2019 a true and correct copy of the foregoing document was electronically filed with the clerk of the United States District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all parties registered in the ECF system for this case.

                */s/ Charlene C. Koonce*
                Charlene C. Koonce