## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| MY HEALTH, INC., § § § *Plaintiff*, § § v. § § ALR TECHNOLOGIES, INC., § ET. AL., § § *Defendants*. § | Case No. 2:16-CV-00535-RWS-RSP |

## ORDER

Before the Court is Defendants' motion to join Plaintiff's counsel Pia Anderson Moss Hoyt, LLC and Plaintiff's sole corporate officer Dr. Michael Eiffert [Dkt. No. 182]. There are no proposed pleadings attached to the motion. Accordingly,

**IT IS ORDERED** that Defendants supplement their motion for joinder [Dkt. No. 182] by filing a motion with an attached proposed supplemental pleading by March 15, 2019.

**SIGNED this 8th day of March, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE