IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MY HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALR TECHNOLOGIES, INC., et al. <br><br> Defendant. | Lead Case No. 2:16-CV-00535-RSW-RSP |

**NON-PARTY MICHAEL EIFFERT'S DECLARATION IN SUPPORT OF MY HEALTH'S SUR-REPLY TO MOTION FOR ORDER TO SHOW CAUSE**

1. I, Michael Eiffert, declare under penalty of perjury that the following statements are true and correct. I am over the age of 18, have never been convicted of any crime involving moral turpitude and have personal knowledge of each of the facts stated below. I am competent and authorized to provide the testimony below.

2. My Health, Inc. ("My Health") has had discussions with potential purchasers of its United States Registered Trademark No. 3709669 (**MY HEALTH**). During those discussions, the potential purchasers valued the trademark far in excess of the attorney's fee award that Defendants received in the above-captioned matter.

3. Despite these discussions, My Health has been unable to sell its trademark.

Executed on March 8, 2019.

*/s/ Michael Eiffert*
Michael Eiffert